UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LEA ROSENOF, | No. 2:20-cv-01491 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff filed a complaint July 23, 2020. ECF No. 1. On July 27, 2020, an order was issued in this case ordering the plaintiff to provide a summons and copy of the complaint to the U.S. Marshals ("USM") within 14 days, and no notify the court that the documents have been submitted. ECF No. 3. The deadline has passed, and no statement has been filed.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing within 14 days, why this action should not be dismissed for failure to prosecute;
2. Plaintiff's filing of a statement that the USM has been provided the required documents will be deemed good cause shown; and

1

3. If plaintiff fails to comply with this order, the case will be dismissed.

DATED: August 11, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE