UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMMY LEA ROSENOF,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. 2:20-cv-01491 AC

ORDER

    Plaintiff filed this Social Security case on July 23, 2020. ECF No. 1. On July 27, 2020, plaintiff was informed that after service of the complaint, this action would be stayed pursuant to General Order Number 615, and there would be no scheduling order or deadlines in effect pending further order of the court. ECF No. 3. Consent/Decline forms were also issued, with a due date of October 29, 2020. ECF No. 5. Defendant submitted its Consent/Decline form on September 2, 2020. ECF No. 9.

    The court recognizes that the issuance of the stay and the requirement of submitting Consent/Decline forms appear contradictory. Nonetheless, in order to efficiently move social security cases forward as stays are lifted, submission of the Consent/Decline form is still required while the stay is in place.

////

1       Accordingly, plaintiff is ORDERED to submit his Consent/Decline form no later than

2 November 13, 2020.  The case remains otherwise stayed.

3 DATED: October 30, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE